UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| KARL JEFFERY MCKINNEY,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>CITY OF SUMPTER, an Oregon municipality, GREG LUCAS, JENNIFER LAKE MILLER, and CHARLIE BRISCOE,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-02227-HL<br><br>STIPULATION OF DISMISSAL |

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii) and the settlement of the parties, all of the parties hereto hereby stipulate to a dismissal of the above-referenced action, with prejudice and without an award of attorney fees, fees, costs, expenses or disbursements to any party.

DATED: February 15, 2022.

　　　　　　　　　　　　　　　　　TANK LAW, PC


　　　　　　　　　　　　　　　　　By:　　/s/ Katherine C. Tank
　　　　　　　　　　　　　　　　　　　　Katherine C. Tank, OSB #883199
　　　　　　　　　　　　　　　　　　　　(541) 408-4557
　　　　　　　　　　　　　　　　　　　　Of Attorney for Plaintiff


　　　　　　　　　　　　　　　　　HELTZEL WILLIAMS PC


　　　　　　　　　　　　　　　　　By:　　/s/ Andrew D. Campbell
　　　　　　　　　　　　　　　　　　　　Andrew D. Campbell, OSB #022647
　　　　　　　　　　　　　　　　　　　　(503) 585-4422
　　　　　　　　　　　　　　　　　　　　Of Attorney for Defendants